UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TRA BOGGS, on behalf of himself and his minor children C.D.B. and T.J.B., and DEWAYNE JOHNSON, ROBERT CORBY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CUT BANK, by and through Cut Bank Police Department, JOHN DOES 1 and 2, BLACKFEET INDIAN NATION, by and through the Blackfeet Family Tribal Court and Judge Helen Connelly, LORI ROSENBERGER MONROE, and GLACIER COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendant. | Case No. CV-22-14 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   Defendant Blackfeet Nation's Second Motion to Dismiss (Doc. 25) is GRANTED. Plaintiffs' Amended Complaint is hereby DISMISSED without prejudice.

Dated this 23rd day of March, 2023.



TYLER P. GILMAN, CLERK

By: /s/ Athena Cobb
Athena Cobb, Deputy Clerk